ODIENE R. YOKOCHI AND CHARLES R. YOKOCHI *v.* WATSON T. YOSHIMOTO, OAHU CONSTRUCTION CO. LTD., A HAWAIIAN CORPORATION, JACK HAMADA, HELEN HAMADA, DON SHIRAKI, NORMA SHIRAKI, SATOMI YOSHIMURA, KIMIKO YOSHIMURA, HARRY IMAMURA, SAKAYO IMAMURA, TED KONDO, ALBERT HAMAMOTO AND GORDON GAU.

No. 4071.

July 1, 1960.

Tsukiyama, C. J., Marumoto, Cassidy, Wirtz and Lewis, JJ.

*Per Curiam.* The petition for rehearing in the above-entitled cause is denied without argument.

*Genro Kashiwa* for the petition.